IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN M. HARTY,

                    Plaintiff,

  vs.                                            CIVIL NO.  09-493 GBW/LFG

UNITED STATES OF AMERICA,

                    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION AND DISMISSING CASE

THIS MATTER came before the Court on the Magistrate Judge's Order Granting *In Forma Pauperis* Status and Report and Recommendation [Doc. 10], filed June 16, 2009.  Plaintiff did not file objections and the deadline for filing objections has passed.  The Court accepts the findings and recommended disposition.

IT IS THEREFORE ORDERED that, as Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 3] and his "Resubmission" of the Motion [Doc. 5] were granted by the Magistrate Judge, the docket shall reflect that these motions are no longer pending.

IT IS FURTHER ORDERED that Plaintiff's Motion to Stay [Doc. 6] and Motion for Return of Property [Doc. 7] are DENIED.

IT IS FURTHER ORDERED that Plaintiff's claims are dismissed, and this action is hereby dismissed without prejudice.

_____
Gregory B. Wormuth
United States Magistrate Judge